UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  
GREGORY J. MEINDL  
JEANNE M. MEINDL

CHAPTER 13

CASE NO. 10-74970

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Everhome Mortgage Company          **Court claim #: 5**

**Last four digits** of any number used to identify the debtor's account: [K] 2003

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $4771.34 (Per Creditor's Amended POC) |
| Amount Paid by Trustee | $4771.34 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐  Thru the Chapter 13 Plan          ☒  Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  1/15/2015          /s/Lydia S. Meyer  
                           Lydia S. Meyer, Trustee  
                           308 W. State St., Suite 212  
                           Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 15th Day of January, 2015.

Dated:  1/15/2015          /s/Cynthia K. Burnard

EVERHOME MORTGAGE COMPANY
301 WEST BAY STREET
JACKSONVILLE, FL 32202

BAC HOME LOANS SERVICING
450 AMERICAN STREET
SIMI VALLEY, CA  93065

PIERCE AND ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

GREGORY J. MEINDL
JEANNE M. MEINDL
21514 RIVER ROAD
MARENGO, IL  60152

ATTORNEY CHAD M. HAYWARD
205 W. RANDOLPH, SUITE 1310
CHICAGO, IL  60606